| | |
|---|---|
| 1 | David T. Biderman (SBN 101577) |
| 2 | Farschad Farzan (SBN 215194)<br>**PERKINS COIE LLP** |
| 3 | Four Embarcadero Center, Suite 2400<br>San Francisco, California  94111 |
| 4 | Telephone:  (415) 344-7000<br>Facsimile:  (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
| 6 | Email: FFarzan@perkinscoie.com |
| 7 | Attorneys for Defendant The McGraw-Hill Companies, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; MOODY'S INVESTORS SERVICE, INC.; THE MCGRAW-HILL COMPANIES, INC., FITCH, INC.; AND FITCH RATINGS, LTD.<br><br>　　　　Defendants. | CASE NO.:  09-03780-SI<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:  Hon. Susan Illston |

Pursuant to Local Rule 6-1(a), the parties jointly submit this Stipulation.

WHEREAS, on August 17, 2009, Plaintiff The Anschutz Corporation ("Anschutz") filed its complaint ("Complaint") entitled *The Anschutz Corporation* v. *Merrill Lynch & Co., Inc. et al.*;

WHEREAS, Defendant The McGraw-Hill Companies, Inc.'s ("McGraw-Hill") response to the Complaint was originally due on September 17, 2009;

WHEREAS, Anschutz and McGraw-Hill previously stipulated that McGraw-Hill would have until October 1, 2009 to respond to the Complaint; and

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 09-03780-SI

WHEREAS, McGraw-Hill has requested, and Anschutz has agreed to provide, additional time to respond to the Complaint.

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

(1) McGraw-Hill's time to respond to Anschutz's Complaint shall be extended to October 5, 2009.

September 30, 2009

Respectfully Submitted,

_____/s/_____
David T. Biderman (SBN 101577)
Farschad Farzan (SBN 215194)
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for The McGraw-Hill Companies, Inc.

_____/s/_____
R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
Gianna Gruenwald (SBN 228969)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for The Anschutz Corporation

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 09-03780-SI