**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

PAGE R. BARNES, CA BAR NO. 154539
    pbarnes@foley.com
BILL J. SYMES, CA BAR NO. 257903
    bsymes@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NEW YORK 10016
TELEPHONE: 212.682.7474
FACSIMILE: 212.687.2329

*OF COUNSEL*
BARRY J. MANDEL
    bmandel@foley.com
KIMBERLY J. SHUR
    kshur@foley.com
JONATHAN H. FRIEDMAN
    jfriedman@foley.com

ATTORNEYS FOR DEFENDANTS,
MERRILL LYNCH & CO., INC. AND
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, LTD.,<br><br>　　　　Defendants. | CASE NO.: C 09-3780-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>COMPLAINT FILED: AUGUST 17, 2009<br><br>JUDGE: HON. SUSAN ILLSTON |

1  WHEREAS, on June 10, 2009, the United States Judicial Panel on Multidistrict

2  Litigation centralized four actions before the Honorable Loretta A. Preska in the Southern

3  District of New York, captioned *In re Merrill Lynch Auction Rate Securities Litigation*, 1:08-cv-

4  3037-LAP; *Community Trust Bank, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 1:09-cv-

5  5403-LAP; *Louisiana Stadium & Exposition District, et al. v. Financial Guaranty Ins. Co., et al.*,

6  1:09-cv-5404-LAP; and *The Cooperative Bank, et al., v. Merrill Lynch, Pierce, Fenner & Smith,*

7  *Inc.*, 1:09-cv-5405-LAP (the "Centralized Actions");

8  WHEREAS, on August 17, 2009, Plaintiff filed in this Court its complaint (the

9  "Complaint") in the above-captioned action (the "Action");

10  WHEREAS, on September 2, 2009, Defendants Merrill Lynch & Co., Inc. and Merrill

11  Lynch, Pierce, Fenner & Smith, Inc., filed a Notice of Tag-Along Action with the United States

12  Judicial Panel on Multidistrict Litigation ("MDL Panel"), seeking to transfer the Action for

13  coordinated or consolidated pretrial proceedings with the Centralized Actions currently pending

14  before Judge Preska in the United States District Court for the Southern District of New York;

15  WHEREAS, on September 16, 2009, the Clerk of the MDL Panel entered a Conditional

16  Transfer Order conditionally transferring the Action to Judge Preska in the Southern District of

17  New York;

18  WHEREAS, on September 18, 2009, defendant Deutsche Bank Securities Inc. ("DBSI")[1]

19  filed a notice of opposition to the September 16, 2009 Conditional Transfer Order;

20  WHEREAS, on September 21, 2009, the MDL Panel issued a stay of its September 16,

21  2009 Conditional Transfer Order pending the resolution of DBSI's opposition;

22  WHEREAS, on September 24, 2009, DBSI filed a motion pursuant to 28 U.S.C. §

23  1404(a) seeking to transfer the Action to the Southern District of New York, but not seeking

24  consolidation with the Centralized Actions ("DBSI's Transfer Motion");

25  WHEREAS the procedures applicable to the Centralized Actions, as enumerated in the

---

[1] DBSI was omitted from the caption of the Complaint, but is nonetheless a defendant. *See* Compl. ¶ 12 (listing DBSI as a party).

Stipulation and Revised Scheduling Order signed by Judge Preska on August 17, 2009 (attached hereto as Exhibit A), require defendants to inform plaintiff by letter of what they believe to be any deficiencies in the complaint before filing a motion to dismiss and allow plaintiff the opportunity to amend the complaint after receiving the letter;

Now, therefore, the Parties, through their respective undersigned counsel, hereby STIPULATE, AGREE, and JOINTLY REQUEST the following:

1. By October 15, 2009, each Defendant will deliver to Plaintiff a letter enumerating what it believes to be the deficiencies in the Complaint that will form the bases for its motion to dismiss. With respect to any Federal Securities law claims, such letters shall focus on Second Circuit law, and not Ninth Circuit law.

2. By October 22, 2009, Plaintiff will notify Defendants whether it intends to amend the Complaint, with the understanding that Defendants do not currently intend to consent to any further amendments, except as provided in Paragraph 6 below.

3. If Plaintiff notifies Defendants that it will not amend the Complaint, Defendants will answer or otherwise move in response to the Complaint no later than: (a) 20 days after Defendants' counsel receive notice that the MDL Panel has filed the Conditional Transfer Order in the United States District Court for the Southern District of New York; (b) 20 days after an Order is entered should this Court transfer this Action to the Southern District of New York under 28 U.S.C. § 1404(a); or (c) 30 days after an Order is entered should this Court decline to transfer this Action to the Southern District of New York.

4. If Plaintiff notifies Defendants that it will amend the Complaint, Defendants will answer or otherwise move in response to the Amended Complaint no later than 25 days after service of the Amended Complaint. However, in no event shall Defendants be required to answer or otherwise move in response to the Amended Complaint until: (a) 20 days after Defendants' counsel receive notice that the MDL Panel has filed the Conditional Transfer Order in the United States District Court for the Southern District of New York; (b) 20 days after an Order is entered should this Court transfer this Action to the Southern District of New York under 28 U.S.C. § 1404(a); or (c) 30 days after an Order is entered

1  should this Court decline to transfer this Action to the Southern District of New York.

2  5.  If any Defendant elects to move to dismiss the Complaint and this action has been
3      transferred to the Southern District of New York either by the MDL Panel or pursuant to
4      DBSI's Transfer Motion, such motion will not raise any arguments not set forth in that
5      particular Defendant's Deficiency Letter.

6  6.  If (a) Plaintiff gives notice pursuant to ¶ 2 above that it does not intend to amend the
7      Complaint, (b) this Action has not been transferred to the Southern District of New York,
8      (c) any Defendant makes any argument not included in that particular Defendant's
9      Deficiency Letter in a motion to dismiss, and (d) Plaintiff seeks to amend its Complaint,
10     then such Defendant will consent to Plaintiff's amendment of the Complaint.

11 7.  In the event that any Defendant elects to move to dismiss the Complaint or the Amended
12     Complaint, Plaintiff will serve an opposition to that particular motion to dismiss no later
13     than 45 days after service of that motion to dismiss.  That particular Defendant shall have
14     30 days to serve any reply to Plaintiff's opposition.

15 8.  This stipulation should not be construed to be a consent to jurisdiction by Fitch Ratings
16     Ltd. or a waiver by Fitch Ratings Ltd. of its objection to jurisdiction.

Respectfully submitted,

DATED: OCTOBER 5, 2009

**FOLEY & LARDNER LLP**
PAGE R. BARNES
BILL J. SYMES

BY:  /s/ Page R. Barnes

ATTORNEYS FOR DEFENDANTS
MERRILL LYNCH & CO., INC., AND
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED

DATED: OCTOBER 5, 2009

**SAVERI & SAVERI, INC.**
R. ALEXANDER SAVERI
GEOFFREY C. RUSHING
GIANNA GRUENWALD

BY:  /s/ R. Alexander Saveri

ATTORNEYS FOR PLAINTIFF

| | | |
|---|---|---|
| 1 | DATED: OCTOBER 5, 2009 | **WILSON, SONSINI, GOODRICH & ROSATI** |
| 2 | | BY:    /s/ David McCarthy |
| 3 | | ATTORNEYS FOR DEFENDANT |
| 4 | | MOODY'S INVESTORS SERVICE, INC. |
| 5 | DATED: OCTOBER 5, 2009 | **PERKINS COIE** |
|   | | BY:    /s/ David T. Biderman |
| 6 | | |
| 7 | | ATTORNEYS FOR DEFENDANTS THE MCGRAW-HILL COMPANIES, INC. |
| 8 | DATED: OCTOBER 5, 2009 | **TAYLOR & COMPANY LAW OFFICES, LLP** |
| 9 | | BY:    /s/ Jayesh S. Hines-Shah |
| 10 | | |
| 11 | | ATTORNEYS FOR DEFENDANTS FITCH, INC. AND FITCH RATINGS, LTD. |
| 12 | DATED: OCTOBER 5, 2009 | **MORGAN, LEWIS, & BOCKIUS LLP** |
| 13 | | BY:    /s/ Jami W. McKeon |
| 14 | | ATTORNEYS FOR DEFENDANT |
| 15 | | DEUTSCHE BANK SECURITIES, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____, 2009            _____
                                                          Hon. Susan Illston
                                                          United States District Judge

4
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO.: C 09-3780-SI

GENERAL ORDER 45 CERTIFICATION

I, Page R. Barnes, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: OCTOBER 5, 2009

**FOLEY & LARDNER LLP**

BY:   /s/ Page R. Barnes

ATTORNEYS FOR DEFENDANTS MERRILL LYNCH & CO., INC., AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED