**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

PAGE R. BARNES, CA BAR NO. 154539
  pbarnes@foley.com
BILL J. SYMES, CA BAR NO. 257903
  bsymes@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NEW YORK 10016
TELEPHONE: 212.682.7474
FACSIMILE: 212.687.2329

*OF COUNSEL*
BARRY J. MANDEL, *PRO HAC VICE* (PENDING)
  bmandel@foley.com
KIMBERLY J. SHUR, *PRO HAC VICE* (PENDING)
  kshur@foley.com
JONATHAN H. FRIEDMAN, *PRO HAC VICE* (PENDING)
  jfriedman@foley.com

ATTORNEYS FOR DEFENDANTS
MERRILL LYNCH & CO., INC. AND
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED

RECEIVED
09 NOV -9 AM 11:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL; COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, LTD.,<br><br>Defendants. | CASE NO.: C 09-3780-SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF KIMBERLY J. SHUR**<br><br>COMPLAINT FILED: AUGUST 17, 2009<br><br>TRIAL DATE: TBD<br><br>JUDGE: HON. SUSAN ILLSTON |

[PROPOSED] ORDER RE APPLICATION FOR ADMISSION *PRO HAC VICE* OF KIMBERLY J. SHUR
CASE NO.: C 09-3780-SI

1    Kimberly J. Shur, whose business address and telephone number are Foley & Lardner
2    LLP, Washington Harbour, 3000 K Street N.W., Suite 500, Washington, DC 20007-5143, (202)
3    945-6011, respectively, and who is an active member in good standing of the bars of the District
4    of Columbia, the states of New York and Georgia, the District Courts for the Southern and
5    Eastern Districts of New York and the Northern District of Georgia, and the Court of Appeals for
6    the Eleventh Circuit, having applied in the above-entitled action for admission to practice in the
7    Northern District of California on a *pro hac vice* basis, representing Merrill Lynch & Co., Inc.
8    and Merrill Lynch, Pierce, Fenner & Smith Incorporated;

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Rule 11-3 of the Local Civil Rules. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER RE APPLICATION FOR ADMISSION *PRO HAC VICE* OF KIMBERLY J. SHUR
CASE NO.: C 09-3780-SI