ANDREW J. EHRLICH (*Pro Hac Vice Application to be Submitted*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990
E-mail: aehrlich@paulweiss.com

STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
STEPHEN McG. BUNDY (SBN 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: sbundy@tcolaw.com

Attorneys for Defendants FITCH, INC. and
FITCH RATINGS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRARW-HILL COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, LTD.,<br><br>　　　　Defendants. | Case No.: CV 09-03780 (SI)<br><br>**STIPULATION EXTENDING TIME TO FILE ADR CERTIFICATION; [PROPOSED] ORDER**<br><br>Honorable Susan Illston<br><br>Complaint Filed:　August 17, 2009<br>Trial Date:　　　　None Set |

---

STIPULATION EXTENDING TIME TO FILE ADR CERTIFICATION;
[PROPOSED] ORDER: CASE NO. CV 09-03780 (SI)

# STIPULATION

WHEREAS, on November 13, 2009, Defendants Fitch, Inc. and Fitch Ratings, Ltd. ("Fitch") discussed with Plaintiff The Anschutz Corporation ("Plaintiff") (collectively the "Parties") the possible use of Alternative Dispute Resolution ("ADR") in connection with this case;

WHEREAS, Fitch requested additional time to obtain the ADR Certification from its client, pursuant to Local Rule 16-8(b);

WHEREAS, Plaintiff has no objection to Fitch's request;

Now, therefore, the Parties, through their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

The deadline for Fitch to file its ADR Certification, pursuant to Local Rule 16-8(b), has been extended from November 13, 2009 to November 20, 2009.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 13, 2009        TAYLOR & COMPANY LAW OFFICES, LLP

By: _____/s/ Stephen McG. Bundy_____
　　　　Stephen McG. Bundy

Attorneys for Defendants FITCH, INC. and FITCH RATINGS, LTD.

Dated: November 13, 2009        KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SAVERI & SAVERI, INC.

By: _____/s/ Gianna Gruenwald_____
　　　　Gianna Gruenwald

Attorneys for Plaintiff THE ANSCHUTZ CORPORATION

TAYLOR & CO.
LAW OFFICES, LLP

1.

STIPULATION EXTENDING TIME TO FILE ADR CERTIFICATION;
[PROPOSED] ORDER: CASE NO. CV 09-03780 (SI)

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: _____      _____
                                        HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT COURT JUDGE

Taylor & Co.
Law Offices, LLP

2.

STIPULATION EXTENDING TIME TO FILE ADR CERTIFICATION;
[PROPOSED] ORDER: CASE NO. CV 09-03780 (SI)

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that Gianna Gruenwald concurs in the filing of this Stipulation Extending Time to File ADR Certification.

                                                   */s/ Stephen McG. Bundy*
                                                  STEPHEN McG. BUNDY