JAMI WINTZ MCKEON, State Bar No. 237923
ELIZABETH A. FROHLICH, State Bar No. 195454
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
jmckeon@morganlewis.com
efrohlich@morganlewis.com

Attorneys for Defendant
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, INC.,<br><br>    Defendants. | Case No. C 09-3780-SI<br><br>Hon. Susan Illston<br><br>**STIPULATION EXTENDING TIME TO FILE ADR CERTIFICATION; [PROPOSED] ORDER**<br><br>Complaint Filed: August 17, 2009<br>Trial Date:  None set |

## STIPULATION

WHEREAS, on November 13, 2009, Defendant Deutsche Bank Securities Inc. ("DBSI") communicated with Plaintiff The Anschutz Corporation ("Plaintiff") (collectively the "Parties") regarding the possible use of Alternative Dispute Resolution ("ADR") in connection with this case;

WHEREAS, DBSI requested additional time to obtain the ADR Certification from its client, pursuant to Local Rule 16-8(b);

WHEREAS, Plaintiff has no objection to DBSI's request;

Now, therefore, the Parties, through their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

The deadline for DBSI to file its ADR Certification, pursuant to Local Rule 16-8(b), has been extended from November 13, 2009 to November 20, 2009.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 13, 2009

MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON
ELIZABETH A. FROHLICH


By  /s/ Elizabeth A. Frohlich
    Elizabeth A. Frohlich
    Attorneys for Defendant
    Deutsche Bank Securities Inc.

Dated: November 13, 2009

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
SAVERI & SAVERI, INC.


By  /s/ R. Alexander Saveri
    R. Alexander Saveri
    Attorneys for Plaintiff
    The Anschutz Corporation

2                                CASE NO. C 09-3780-SI

STIPULATION EXTENDING TIME TO FILE ADR CERTIFICATION

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  November ____, 2009

4  _____

5  Honorable Susan Illston
   United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3                                        CASE NO. C 09-3780-SI
STIPULATION EXTENDING TIME TO FILE ADR CERTIFICATION

**GENERAL ORDER 45 CERTIFICATION**

I, Elizabeth A. Frohlich, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 13, 2009　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP


By　/s/ Elizabeth A. Frohlich
　　Elizabeth A. Frohlich
　　Attorneys for Defendant
　　Deutsche Bank Securities Inc.

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On November 13, 2009, I served the within document(s):

**STIPULATION EXTENDING TIME TO FILE ADR CERTIFICATION; [PROPOSED] ORDER**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- ☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

- ☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Andrew C. Shen
Kellogg Huber Hansen Todd & Evans PLLC
1615 K Street NW, Suite 400
Washington, DC 20036-3209

David L. Schwarz
Kellogg Huber Hansen Todd Evans & Figel PLLC
1615 M. Street, N.S., Suite 400
Washington, DC 20036

Kevin J. Miller
Kellogg Huber Hansen Todd & Evans PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 13, 2009, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Constance J. Ericson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO