MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
ELIZABETH A. FROHLICH, State Bar No. 195454
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
jmckeon@morganlewis.com
efrohlich@morganlewis.com

*Attorneys for Defendant*
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, INC.,<br><br>Defendants | Case No. C 09-03780-SI<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY LOCAL RULE 7-4(b)**<br><br>Judge: Hon. Susan Illston<br><br>Complaint filed:  August 17, 2009<br>First Amend. Complaint filed:  March 19, 2010 |

Plaintiff Anschutz Corporation ("Plaintiff") and Defendant Deutsche Bank Securities Inc. ("DBSI") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC"), asserting 11 causes of action, on March 19, 2010;

WHEREAS, the Court issued its order denying DBSI's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) on April 13, 2010;

WHEREAS, the parties previously stipulated and the Court ordered that if DBSI's motion to transfer was denied, DBSI would have 30 days to answer or otherwise respond to Plaintiff's operative pleading;

WHEREAS, the FAC asserts federal securities fraud, California securities fraud, and common law fraud claims against DBSI in connection with auction-rate securities ("ARS") – financial instruments that pay interest at rates set a periodic auctions;

WHEREAS, the FAC alleges over the course of 271 paragraphs and 87 pages that DBSI engaged in a comprehensive scheme to defraud Plaintiff by (a) failing to disclose material facts about ARS and (b) manipulated the market for ARS in violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 and in violation of Sections 25500, 25501 and 25504.1 of the California Corporate Securities Law of 1968, which also allegedly constitutes common law fraud;

WHEREAS, the parties agree that the FAC's scope and complexity warrant a modest increase in the page limit set by Local Rule 7-4(b) for DBSI's opening brief and Plaintiff's opposition to DBSI's' motion to dismiss, but that the page limit for DBSI's reply brief shall remain 15 pages (exclusive of title pages, indices of cases, table of contents, and exhibits);

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and DBSI, acting through their respective counsel, subject to this Court's approval, as follows:

1. DBSI's memorandum of law in support of its motion to dismiss, which is due on or before May 13, 2010, shall not exceed 35 pages in length (exclusive of title pages, indices of cases, table of contents, and exhibits); and

2. Plaintiff's memorandum of law in opposition to DBSI's motion to dismiss shall not exceed 35 pages (exclusive of title pages, indices of cases, table of contents, and exhibits).

Dated: May 5, 2010

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Mark C. Hansen
David L. Schwarz
Kevin J. Miller
Andrew C. Shen

By /s/ Andrew C. Shen
    Andrew C. Shen

*Attorneys for Plaintiff*
The Anschutz Corporation

Dated: May 5, 2010

MORGAN, LEWIS & BOCKIUS LLP
Jami Wintz McKeon
Elizabeth A. Frohlich

By /s/ Elizabeth A. Frohlich
    Elizabeth A. Frohlich

*Attorneys for Defendant*
Deutsche Bank Securities Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2010

_____
Honorable Susan Illston
United States District Judge