1  STEPHEN E. TAYLOR (State Bar No. 58452)
   JONATHAN A. PATCHEN (State Bar No. 237346)
2  STEPHEN McG. BUNDY (State Bar No. 253017)
   TAYLOR & COMPANY LAW OFFICES, LLP
3  One Ferry Building, Suite 355
   San Francisco, California 94111
4  Telephone:  415-788-8200
   Facsimile:  415-788-8208
5
6  *Attorneys for Defendants Fitch, Inc. and Fitch Ratings, Ltd.*

7  DAVID T. BIDERMAN (State Bar No. 101577)
   FARSCHAD FARZAN (State Bar No. 215194)
8  PERKINS COIE LLP
   Four Embarcadero Center
9  Suite 2400
   San Francisco, CA 94111
10 Telephone:  415-344-7000
   Facsimile:  415-344-7050
11
   *Attorneys for Defendant The McGraw-Hill Companies, Inc.*
12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 THE ANSCHUTZ CORPORATION,            CASE NO.  CV-09-03780-SI

17                       Plaintiff,

18      v.                               **STIPULATION AND [PROPOSED]
                                         ORDER GRANTING LEAVE
19 MERRILL LYNCH & CO., INC.;            TO EXCEED PAGE LIMITS
   MERRILL LYNCH, PIERCE FENNER &        ESTABLISHED BY LOCAL
20 SMITH, INC.; DEUTSCHE BANK            RULE 7-4(b)**
   SECURITIES INC.; MOODY'S
21 INVESTORS SERVICE, INC.; THE          The Honorable Susan Illston
   McGRAW-HILL COMPANIES, INC.;
22 FITCH, INC. AND FITCH RATINGS,        Complaint filed:  August 17, 2009
   LTD.,                                 First Amend. Complaint filed:
23                                       March 19, 2010
                        Defendants.
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED
BY LOCAL RULE 7-4(b):  CASE NO. CV-09-03780-SI

Plaintiff The Anschutz Corporation ("Plaintiff") and Defendants The McGraw-Hill Companies, Inc., Fitch, Inc., and Fitch Ratings Ltd. (the "Rating Agencies"),[1] by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC"), asserting 11 causes of action, on March 19, 2010;

WHEREAS, the FAC asserts negligent misrepresentation claims against the Rating Agencies in connection with credit ratings issued to auction-rate securities ("ARS")—financial instruments that pay interest at rates set at periodic auctions;

WHEREAS, the FAC alleges over the course of 272 paragraphs and 87 pages that the Rating Agencies assigned certain ARS underwritten by Deutsche Bank Securities Inc. the highest credit ratings available, that these ratings were false and misleading, and that, in assigning, monitoring, and failing to correct these ratings, the Rating Agencies failed to exercise reasonable care;

WHEREAS, the Ratings Agencies intend to file motions to dismiss the FAC, and propose to submit a joint memoranda of law in support of their motions to dismiss;

WHEREAS, Fitch Ratings Ltd. intends to concurrently make a separate motion to dismiss the claims against it under Federal Rule of Civil Procedure 12(b)(2) and intends to file a separate memoranda of law in support of that motion;

WHEREAS, the parties agree that the FAC's scope and complexity warrant a modest increase in the page limit set by Local Rule 7-4(b) for the Rating Agencies' opening brief in support of their motion to dismiss, Plaintiff's opposition to the Rating Agencies' motion to dismiss, and the Rating Agencies' reply to Plaintiff's opposition;

---

[1]    Fitch Ratings Ltd. shall appear specially to join the Rating Agencies' motion to dismiss, but contests the exercise of personal jurisdiction over it in this action, and shall concurrently make a separate motion to dismiss the claims against it under Federal Rule of Civil Procedure 12(b)(2).  By joining this stipulation, Fitch Ratings Ltd. does not waive, and expressly preserves, its personal jurisdiction objections.

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY LOCAL RULE 7-4(b):  CASE NO. CV-09-03780-SI

1    IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and

2    the Rating Agencies, acting through their respective counsel, subject to this Court's

3    approval, as follows:

4    1.    The Rating Agencies' joint memorandum of points and authorities in

5    support of their motions to dismiss, which is due on or before May 13, 2010, shall not

6    exceed 50 pages in length (exclusive of title pages, indices of cases, table of contents, and

7    exhibits);

8    2.    Plaintiff's memorandum of points and authorities in opposition to the

9    Rating Agencies' motions to dismiss shall not exceed 50 pages (exclusive of title pages,

10    indices of cases, table of contents, and exhibits);

11    3.    The Rating Agencies' reply memorandum of points and authorities in

12    further support of their motions to dismiss shall not exceed 25 pages in length (exclusive

13    of title pages, indices of cases, table of contents, and exhibits);

14    4.    Fitch Ratings Ltd.'s memorandum of points and authorities in support of its

15    separate motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) shall not exceed 15 pages

16    (exclusive of title pages, indices of cases, table of contents, and exhibits);

17    5.    Plaintiff's memorandum of points and authorities in opposition to Fitch

18    Ratings Ltd.'s separate motion to dismiss shall not exceed 15 pages (exclusive of title

19    pages, indices of cases, table of contents, and exhibits); and

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

-2-

6.     Fitch Ratings Ltd.'s reply memorandum of points and authorities in further support of its separate motions to dismiss shall not exceed 8 pages in length (exclusive of title pages, indices of cases, table of contents, and exhibits).

Dated:  May 10, 2010

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Mark C. Hansen
David L. Schwarz
Kevin J. Miller
Andrew C. Shen

By:   _/s/ Andrew C. Shen_____
        Andrew C. Shen

*Attorneys for Plaintiff The Anschutz Corporation*

Dated:  May 10, 2010

TAYLOR & COMPANY LAW OFFICES, LLP
Stephen E. Taylor
Jonathan A. Patchen
Stephen McG. Bundy

By:   _/s/ Jonathan A. Patchen_____
        Jonathan A. Patchen

*Attorneys for Defendants Fitch, Inc. and Fitch Ratings, Ltd.*

Dated:  May 10, 2010

PERKINS COIE LLP
Farschad Farzan

By:   _/s/ Farschad Farzan_____
        Farschad Farzan

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

///
///
///
///

-3-

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

Dated: _____, 2010

4

_____
5

Honorable Susan Illston
6

United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

## <u>GENERAL ORDER ATTESTATION</u>

I, Jonathan A. Patchen, am the ECF user whose ID and password are being used to file the **Stipulation and [Proposed] Order Granting Leave to Exceed Page Limits Established by Local Rule 7-4(b)**.  In compliance with General Order 45, X.B., I hereby attest that Andrew C. Shen and Farschad Farzan have concurred in this filing.

_/s/_ Jonathan A. Patchen
_____
Jonathan A. Patchen

-5-