STEPHEN E. TAYLOR (State Bar No. 58452)
JONATHAN A. PATCHEN (State Bar No. 237346)
STEPHEN McG. BUNDY (State Bar No. 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  415-788-8200
Facsimile:  415-788-8208

Attorneys for Defendants Fitch, Inc. and Fitch Ratings, Ltd.

DAVID T. BIDERMAN (State Bar No. 101577)
FARSCHAD FARZAN (State Bar No. 215194)
PERKINS COIE LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
Telephone:  415-344-7000
Facsimile:  415-344-7050

Attorneys for Defendant The McGraw-Hill Companies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MERRILL LYNCH & CO., INC.;<br>MERRILL LYNCH, PIERCE FENNER &<br>SMITH, INC.; DEUTSCHE BANK<br>SECURITIES INC.; MOODY'S<br>INVESTORS SERVICE, INC.; THE<br>McGRAW-HILL COMPANIES, INC.;<br>FITCH, INC. AND FITCH RATINGS,<br>LTD.,<br><br>　　　　　　　　Defendants. | CASE NO.  CV-09-03780-SI<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY LOCAL RULE 7-4(b)**<br><br>The Honorable Susan Illston<br><br>Complaint filed:  August 17, 2009<br>First Amend. Complaint filed: March 19, 2010 |

Plaintiff The Anschutz Corporation ("Plaintiff") and Defendants The McGraw-Hill Companies, Inc., Fitch, Inc., and Fitch Ratings Ltd. (the "Rating Agencies"),[1] by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC"), asserting 11 causes of action, on March 19, 2010;

WHEREAS, the FAC asserts negligent misrepresentation claims against the Rating Agencies in connection with credit ratings issued to auction-rate securities ("ARS")—financial instruments that pay interest at rates set at periodic auctions;

WHEREAS, the FAC alleges over the course of 272 paragraphs and 87 pages that the Rating Agencies assigned certain ARS underwritten by Deutsche Bank Securities Inc. the highest credit ratings available, that these ratings were false and misleading, and that, in assigning, monitoring, and failing to correct these ratings, the Rating Agencies failed to exercise reasonable care;

WHEREAS, the Ratings Agencies intend to file motions to dismiss the FAC, and propose to submit a joint memoranda of law in support of their motions to dismiss;

WHEREAS, Fitch Ratings Ltd. intends to concurrently make a separate motion to dismiss the claims against it under Federal Rule of Civil Procedure 12(b)(2) and intends to file a separate memoranda of law in support of that motion;

WHEREAS, the parties agree that the FAC's scope and complexity warrant a modest increase in the page limit set by Local Rule 7-4(b) for the Rating Agencies' opening brief in support of their motion to dismiss, Plaintiff's opposition to the Rating Agencies' motion to dismiss, and the Rating Agencies' reply to Plaintiff's opposition;

---

[1] Fitch Ratings Ltd. shall appear specially to join the Rating Agencies' motion to dismiss, but contests the exercise of personal jurisdiction over it in this action, and shall concurrently make a separate motion to dismiss the claims against it under Federal Rule of Civil Procedure 12(b)(2). By joining this stipulation, Fitch Ratings Ltd. does not waive, and expressly preserves, its personal jurisdiction objections.

-1-

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and the Rating Agencies, acting through their respective counsel, subject to this Court's approval, as follows:

1. The Rating Agencies' joint memorandum of points and authorities in support of their motions to dismiss, which is due on or before May 13, 2010, shall not exceed 50 pages in length (exclusive of title pages, indices of cases, table of contents, and exhibits);

2. Plaintiff's memorandum of points and authorities in opposition to the Rating Agencies' motions to dismiss shall not exceed 50 pages (exclusive of title pages, indices of cases, table of contents, and exhibits);

3. The Rating Agencies' reply memorandum of points and authorities in further support of their motions to dismiss shall not exceed 25 pages in length (exclusive of title pages, indices of cases, table of contents, and exhibits);

4. Fitch Ratings Ltd.'s memorandum of points and authorities in support of its separate motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) shall not exceed 15 pages (exclusive of title pages, indices of cases, table of contents, and exhibits);

5. Plaintiff's memorandum of points and authorities in opposition to Fitch Ratings Ltd.'s separate motion to dismiss shall not exceed 15 pages (exclusive of title pages, indices of cases, table of contents, and exhibits); and

///
///
///
///
///
///
///
///
///

-2-

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY LOCAL RULE 7-4(b):  CASE NO. CV-09-03780-SI

6. Fitch Ratings Ltd.'s reply memorandum of points and authorities in further support of its separate motions to dismiss shall not exceed 8 pages in length (exclusive of title pages, indices of cases, table of contents, and exhibits).

Dated: May 10, 2010          KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
                             Mark C. Hansen
                             David L. Schwarz
                             Kevin J. Miller
                             Andrew C. Shen

                             By:  /s/ Andrew C. Shen
                                  Andrew C. Shen

                             *Attorneys for Plaintiff The Anschutz Corporation*

Dated: May 10, 2010          TAYLOR & COMPANY LAW OFFICES, LLP
                             Stephen E. Taylor
                             Jonathan A. Patchen
                             Stephen McG. Bundy

                             By:  /s/ Jonathan A. Patchen
                                  Jonathan A. Patchen

                             *Attorneys for Defendants Fitch, Inc. and Fitch Ratings, Ltd.*

Dated: May 10, 2010          PERKINS COIE LLP
                             Farschad Farzan

                             By:  /s/ Farschad Farzan
                                  Farschad Farzan

                             *Attorneys for Defendant The McGraw-Hill Companies, Inc.*

///
///
///
///

-3-
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY LOCAL RULE 7-4(b):  CASE NO. CV-09-03780-SI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2010

_____
Honorable Susan Illston
United States District Judge

-4-
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY LOCAL RULE 7-4(b):  CASE NO. CV-09-03780-SI

## GENERAL ORDER ATTESTATION

I, Jonathan A. Patchen, am the ECF user whose ID and password are being used to file the **Stipulation and [Proposed] Order Granting Leave to Exceed Page Limits Established by Local Rule 7-4(b)**. In compliance with General Order 45, X.B., I hereby attest that Andrew C. Shen and Farschad Farzan have concurred in this filing.

                                                    */s/* Jonathan A. Patchen
                                                       Jonathan A. Patchen