MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
ELIZABETH A. FROHLICH, State Bar No. 195454
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jmckeon@MorganLewis.com
E-mail: efrohlich@MorganLewis.com

*Attorneys for Defendant*
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, INC.,<br><br>Defendants | Case No. C 09-03780-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT AND TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Susan Illston<br><br>Complaint filed: August 17, 2009<br>First Amend. Complaint filed: March 19, 2010 |

1  Plaintiff The Anschutz Corporation ("Plaintiff"), and Defendants Deutsche Bank
2  Securities Inc. ("DBSI"), Fitch, Inc., Fitch Ratings Ltd, and The McGraw-Hill Companies, Inc.
3  ("McGraw-Hill," and collectively "Defendants"), by and through their counsel of record, hereby
4  stipulate as follows:
5  WHEREAS, Plaintiff filed a First Amended Complaint on March 19, 2010;
6  WHEREAS, the Court issued its order denying DBSI's motion to transfer venue pursuant
7  to 28 U.S.C. § 1404(a) on April 13, 2010;
8  WHEREAS, the parties previously stipulated and the Court ordered that if DBSI's motion
9  to transfer was denied, the Defendants would have 30 days after such order was entered to answer
10 or otherwise respond to Plaintiff's operative pleading (*i.e.* May 13, 2010), if any defendant filed a
11 motion to dismiss, Plaintiff would serve its opposition within 45 days after service of any such
12 motion to dismiss (*i.e.* June 28, 2010), and Defendants would have 30 days to serve any reply (*i.e.*
13 July 30, 2010) (the "Previous Stipulation and Court Order");
14 WHEREAS, on May 13, 2010, Defendants filed the following motions:

- DBSI filed (1) a Motion to Dismiss Plaintiff's First Amended Complaint; (2) a Motion to Strike Portions of Plaintiff's First Amended Complaint; and (3) a Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint;
- Fitch, Inc., Fitch Ratings Ltd, and McGraw-Hill (collectively, the "Rating Agencies") filed (1) a Joint Motion to Dismiss the First Amended Complaint; and (2) a Request for Judicial Notice; and
- Fitch Ratings Ltd filed a Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) (collectively, "Defendants' Motions" or the "Motions");

25 WHEREAS, Defendants inadvertently noticed each of the aforementioned motions for
26 hearing on June 18, 2010, in accordance with the Court's Local Rules, rather than the terms of the
27 Previous Stipulation and Court Order;
28 ///

WHEREAS, on May 17, 2010, the Court issued a Notice that the hearings on Defendants' Motions were continued to Friday, July 9, 2010, some 21 days before Defendants' Reply briefs are currently due;

WHEREAS, Plaintiff and Defendants have met and conferred with regard to a hearing date on Defendants' Motions and agree to continue the hearing date to September 24, 2010 at 9:00 a.m. to allow Defendants to file their reply briefs prior to the hearing date and in accordance with the Previous Stipulation and Court Order;

WHEREAS, a case management conference is currently scheduled for June 18, 2010; and

WHEREAS, all discovery has been stayed pending resolution of Defendants' motions to dismiss;

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Defendants, acting through their respective counsel, subject to this Court's approval, as follows:

1. The hearing on Defendants' Motions shall be continued to September 24, 2010 at 9:00 a.m.; and

2. The case management conference currently scheduled for June 18, 2010 shall be rescheduled to a date after the pending motions to dismiss are resolved.

Dated: May 26, 2010          /s/ Andrew C. Shen

Mark C. Hansen
David L. Schwarz (206257)
Kevin J. Miller (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619

*Attorneys for The Anschutz Corporation*

2      CASE NO. C 09-03780-SI
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTIONS
TO DISMISS AND TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: May 26, 2010 | /s/ Jonathan A. Patchen |
| | | Stephen E. Taylor (58452) |
| 2 | | Jonathan A. Patchen (237346) |
| | | Stephen McG. Bundy (253017) |
| 3 | | TAYLOR AND COMPANY LAW OFFICES, LLP |
| 4 | | One Ferry Building, Suite 355 |
| | | San Francisco, CA 94111 |

Martin Flumenbaum (*pro hac vice*)
Roberta A. Kaplan (*pro hac vice*)
Andrew J. Ehrlich (*pro hac vice*)
Tobias J. Stern (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

*Attorneys for Fitch, Inc. and Fitch Ratings Ltd*

Dated: May 26, 2010

/s/ David T. Biderman
David T. Biderman (101577)
Farschad Farzan (215194)
PERKINS COIE LLP
1620 26th Street, Sixth Floor, South Tower
Santa Monica, CA 90404

Floyd Abrams
S. Penny Windle
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

*Attorneys for The McGraw-Hill Companies, Inc.*

Dated: May 26, 2010

/s/ Elizabeth A. Frohlich
Elizabeth A. Frohlich (195454)
Jami Wintz McKeon (237923)
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

*Attorneys for Deutsche Bank Securities Inc.*

3   CASE NO. C 09-03780-SI

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTIONS
TO DISMISS AND TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: _____, 2010

4  _____
   Honorable Susan Illston
5  United States District Judge

6  The initial case management conference has been continued to Friday, October 1, 2010, at 2:30 p.m.

7

**GENERAL ORDER 45 CERTIFICATION**

I, Elizabeth A. Frohlich, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrences to the filing of this document has been obtained from each signatory hereto.

Dated: May 26, 2010

MORGAN, LEWIS & BOCKIUS LLP
Jami Wintz McKeon
Elizabeth A. Frohlich


By  /s/ Elizabeth A. Frohlich
    Elizabeth A. Frohlich

*Attorneys for Defendant*
Deutsche Bank Securities Inc.

CASE NO. C 09-3780-SI
GENERAL ORDER 45 CERTIFICATION