MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
ELIZABETH A. FROHLICH, State Bar No. 195454
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jmckeon@MorganLewis.com
E-mail: efrohlich@MorganLewis.com

*Attorneys for Defendant*
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, INC.,<br><br>        Defendants | Case No. C 09-03780-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON PENDING MOTIONS AND TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Susan Illston<br><br><br>Complaint filed: August 17, 2009<br>First Amend. Complaint filed: March 19, 2010 |

Plaintiff The Anschutz Corporation ("Plaintiff"), and Defendants Deutsche Bank Securities Inc. ("DBSI"), Fitch, Inc., Fitch Ratings Ltd, and The McGraw-Hill Companies, Inc. ("McGraw-Hill," and collectively "Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a First Amended Complaint on March 19, 2010;

WHEREAS, the Court issued its order denying DBSI's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) on April 13, 2010;

WHEREAS, the parties previously stipulated and the Court ordered that if DBSI's motion to transfer was denied, the Defendants would have 30 days after such order was entered to answer or otherwise respond to Plaintiff's operative pleading (*i.e.* May 13, 2010), if any defendant filed a motion to dismiss, Plaintiff would serve its opposition within 45 days after service of any such motion to dismiss (*i.e.* June 28, 2010), and Defendants would have 30 days to serve any reply (*i.e.* July 30, 2010) (the "Previous Stipulation and Court Order");

WHEREAS, on May 13, 2010, Defendants filed the following motions:

- DBSI filed (1) a Motion to Dismiss Plaintiff's First Amended Complaint; (2) a Motion to Strike Portions of Plaintiff's First Amended Complaint; and (3) a Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint;

- Fitch, Inc., Fitch Ratings Ltd, and McGraw-Hill (collectively, the "Rating Agencies") filed (1) a Joint Motion to Dismiss the First Amended Complaint; and (2) a Request for Judicial Notice; and

- Fitch Ratings Ltd filed a Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) (collectively, "Defendants' Motions" or the "Motions");

WHEREAS, to account for the briefing schedule as stipulated by the parties, and ordered by the Court in the Previous Stipulation and Court Order, the parties stipulated and the Court ordered, on May 28, 2010, that the hearing on Defendants Motions would be continued to

1  September 24, 2010 at 9:00 a.m. and that the initial case management conference would be
2  continued to October 1, 2010 at 2:30 p.m.;
3      WHEREAS, on June 28, 2010, Plaintiff filed a Request for Judicial Notice in support of
4  its oppositions to Defendants' motions to dismiss that was noticed for September 24, 2010 at 9:00
5  a.m.;
6      WHEREAS, on August 20, 2010, the Court issued a Notice continuing the hearing on
7  Defendants' Motions and Plaintiff's Request for Judicial Notice to October 1, 2010 at 9:00 a.m.;
8      WHEREAS, certain parties are unavailable with respect to the October 1, 2010, 9:00 a.m.,
9  hearing date;
10     WHEREAS, Plaintiff and Defendants have met and conferred with regard to a hearing
11 date on Defendants' Motions and Plaintiff's Request for Judicial Notice and agree to continue the
12 hearing date to October 26, 2010 at 9:00 a.m. and also agree to continue the initial case
13 management conference to October 26, 2010 at 2:30 p.m.;
14     WHEREAS, all discovery has been stayed pending resolution of Defendants' Motions;
15     IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and
16 Defendants, acting through their respective counsel, subject to this Court's approval, as follows:
17     1. The hearing on Defendants' Motions and Plaintiff's Request for Judicial Notice shall be
18        continued to October 26, 2010 at 9:00 a.m.; and
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2. The initial case management conference currently scheduled for October 1, 2010 shall be rescheduled to October 26, 2010 at 2:30 p.m..

Dated: August 30, 2010           /s/  Andrew C. Shen

Mark C. Hansen
David L. Schwarz (206257)
Kevin J. Miller (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619

*Attorneys for The Anschutz Corporation*

Dated: August 30, 2010           /s/ Jonathan A. Patchen

Stephen E. Taylor (58452)
Jonathan A. Patchen (237346)
Stephen McG. Bundy (253017)
TAYLOR AND COMPANY LAW
OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111

Martin Flumenbaum (*pro hac vice*)
Roberta A. Kaplan (*pro hac vice*)
Andrew J. Ehrlich (*pro hac vice*)
Tobias J. Stern (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

*Attorneys for Fitch, Inc. and Fitch Ratings Ltd*

| | | |
|---|---|---|
| 1 | Dated: August 30, 2010 | /s/ David T. Biderman |
| | | David T. Biderman (101577) |
| 2 | | Farschad Farzan (215194) |
| | | PERKINS COIE LLP |
| 3 | | 1620 26th Street, Sixth Floor, South Tower |
| | | Santa Monica, CA 90404 |

Floyd Abrams
S. Penny Windle
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

*Attorneys for The McGraw-Hill Companies, Inc.*

Dated: August 30, 2010        /s/  Elizabeth A. Frohlich
Elizabeth A. Frohlich (195454)
Jami Wintz McKeon (237923)
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

*Attorneys for Deutsche Bank Securities Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2010

_____
Honorable Susan Illston
United States District Judge

**GENERAL ORDER 45 CERTIFICATION**

    I, Elizabeth A. Frohlich, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrences to the filing of this document has been obtained from each signatory hereto.

Dated: August 30, 2010

MORGAN, LEWIS & BOCKIUS LLP
Jami Wintz McKeon
Elizabeth A. Frohlich


By   /s/ Elizabeth A. Frohlich
      Elizabeth A. Frohlich

*Attorneys for Defendant*
Deutsche Bank Securities Inc.