| | |
|---|---|
| 1 | STEPHEN E. TAYLOR (State Bar No. 58452) |
|   | JONATHAN A. PATCHEN (State Bar No. 237346) |
| 2 | STEPHEN McG. BUNDY (State Bar No. 253017) |
|   | TAYLOR & COMPANY LAW OFFICES, LLP |
| 3 | One Ferry Building, Suite 355 |
|   | San Francisco, California 94111 |
| 4 | Telephone:  415-788-8200 |
|   | Facsimile:  415-788-8208 |
| 5 | E-mail:  staylor@tcolaw.com |
|   | E-mail:  jpatchen@tcolaw.com |
| 6 | E-mail:  sbundy@tcolaw.com |

MARTIN FLUMENBAUM (Admitted *Pro Hac Vice*)
ROBERTA A. KAPLAN (Admitted *Pro Hac Vice*)
ANDREW J. EHRLICH (Admitted *Pro Hac Vice*)
TOBIAS J. STERN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  212-373-3000
Facsimile:  212-757-3990
E-mail:  mflumenbaum@paulweiss.com
E-mail:  rkaplan@paulweiss.com
E-mail:  aehrlich@paulweiss.com
E-mail:  tstern@paulweiss.com

*Counsel for Defendants Fitch, Inc. and Fitch Ratings, Ltd.*

Additional counsel listed on signature page

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC.;<br>MERRILL LYNCH, PIERCE,<br>FENNER & SMITH INCORPORATED;<br>DEUTSCHE BANK SECURITIES INC.;<br>MOODY'S INVESTORS SERVICE,<br>INC.; THE McGRAW-HILL<br>COMPANIES, INC.; FITCH, INC.;<br>AND FITCH RATINGS, LTD.,<br><br>Defendants. | Case No. C 09-3780-SI<br><br>**JOINT REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**<br><br>Date:  December 14, 2010<br>Time:  3:00 P.M.<br>Ctrm:  10<br>Judge: Hon. Susan Illston |

JOINT REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE:
Case No. C 09-03780-SI

1     The parties jointly submit this Request for a Continuance of the Case Management
2 Conference (the "CMC"), currently scheduled for December 14, 2010, to February 4, 2011.
3 During the October 26, 2010 hearing on Defendants' Motion to Dismiss, the Court scheduled
4 December 14, 2010 as the default date for the CMC, provided that the Court had issued a ruling
5 on the Motions in advance of that date.  As the Court knows, all discovery in this case has been
6 stayed pending this Court's rulings on Defendants' Motions to Dismiss.  In the Joint Case
7 Management Statement filed on October 19, 2010 (DN 198), the parties agreed to meet and
8 confer within 10 business days of the Court's rulings on Defendants' Motions to Dismiss, at
9 which time the parties will engage in further discussions concerning the disclosures required by
10 Fed. R. Civ. P. 26(a)(1), any modifications to limits on the number of interrogatories and
11 depositions, and the development of a discovery plan in accordance with Fed. R. Civ. P.
12 26(f)(2)-(f)(3), including disclosure or discovery of electronically-stored information.  In order
13 to allow sufficient time for these meet and confer discussions prior to the CMC and to promote
14 judicial efficiency and economy, the parties respectfully request that the CMC be continued
15 until February 4, 2011 or until such time as the Court deems proper.

Dated: December 7, 2010                        /s/ Kevin J. Miller
                                                                                    Attorney for Plaintiff
                                                                                     The Anschutz Corporation

Dated: December 7, 2010                        /s/ David T. Biderman
                                                                                      Attorney for Defendant
                                                                                     The McGraw-Hill Companies, Inc.

Dated: December 7, 2010                        /s/ Jonathan A. Patchen
                                                                                       Attorney for Defendants
                                                                                     Fitch, Inc. and Fitch Ratings, Ltd.

Dated: December 7, 2010                        /s/ Elizabeth A. Frohlich
                                                                                       Attorney for Defendant
                                                                                     Deutsche Bank Securities Inc.

26    The case management conference has been continued to 2/4/11 at 3 p.m.

JOINT REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE:
Case No. C 09-03780-SI

**GENERAL ORDER 45 CERTIFICATION**

I, Jonathan A. Patchen, hereby attest pursuant to Northern District of California General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 7, 2010                                  .

                                        BY: /s/ Jonathan A. Patchen