MARTIN FLUMENBAUM (Admitted *Pro Hac Vice*)
ROBERTA A. KAPLAN (Admitted *Pro Hac Vice*)
ANDREW J. EHRLICH (Admitted *Pro Hac Vice*)
TOBIAS J. STERN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  212-373-3000
Facsimile:  212-757-3990
E-mail:  mflumenbaum@paulweiss.com
E-mail:  rkaplan@paulweiss.com
E-mail:  aehrlich@paulweiss.com
E-mail:  tstern@paulweiss.com

STEPHEN E. TAYLOR (State Bar No. 58452)
JONATHAN A. PATCHEN (State Bar No. 237346)
STEPHEN McG. BUNDY (State Bar No. 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  415-788-8200
Facsimile:  415-788-8208
E-mail:  staylor@tcolaw.com
E-mail:  jpatchen@tcolaw.com
E-mail:  sbundy@tcolaw.com

*Counsel for Defendants Fitch, Inc. and Fitch Ratings, Ltd*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL COMPANIES, INC.; FITCH, INC. AND FITCH RATINGS, LTD.,<br><br>　　　　　　　　　　Defendants. | CASE NO.  CV-09-03780-SI<br><br>**JOINT REQUEST FOR A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:  March 11, 2011<br>Time:  3:30 P.M.<br>Ctrm:  10<br>Judge: Hon. Susan Illston |

1 | The parties jointly submit this Request for a Continuance of the Initial Case Management
2 | Conference (the "CMC"), currently scheduled for March 11, 2011 at 3:30 p.m., to April 15,
3 | 2011, at 2:30 p.m. or such time on that date as the Court may have available.
4 | During the October 26, 2010 hearing on Defendants' Motions To Dismiss, the Court
5 | scheduled December 14, 2010 as the default date for the CMC, provided that the Court had
6 | issued a ruling on the Motions in advance of that date. On December 7, 2010, the parties
7 | stipulated to continue the December 14, 2010 CMC date until February 4, 2011. On January 27,
8 | 2011, the parties further stipulated to continue the February 4, 2011 CMC date to March 11,
9 | 2011. As the Court knows, all discovery in this case has been stayed pending this Court's
10 | rulings on Defendants' Motions to Dismiss. In the Joint Case Management Statement filed on
11 | October 19, 2010 (DN 198), the parties agreed to meet and confer within 10 business days of the
12 | Court's rulings on Defendants' Motions To Dismiss, at which time the parties will engage in
13 | further discussions concerning the disclosures required by Federal Rule of Civil Procedure
14 | 26(a)(1), any modifications to limits on the number of interrogatories and depositions, and the
15 | development of a discovery plan in accordance with Rule 26(f)(2)-(f)(3), including disclosure or
16 | discovery of electronically-stored information. In order to allow sufficient time for these meet
17 | and confer discussions prior to the CMC and to promote judicial efficiency and economy, the
18 | parties respectfully request that the CMC be continued until April 15, 2011, or until such other
19 | time as the Court deems proper. Counsel are informed that this Court has availability for the
20 | CMC at 2:30 p.m. on April 15.

Dated: March 4, 2011

*/s/ Jonathan A. Patchen*
Attorney for Defendants
Fitch, Inc. and Fitch Ratings, Ltd.

Dated: March 4, 2011

*/s/ Kevin J. Miller*
Attorney for Plaintiff
The Anschutz Corporation

Dated: March 4, 2011

*/s/ David T. Biderman*
Attorney for Defendant
The McGraw-Hill Companies, Inc.

-1-
JOINT REQUEST FOR A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE: CASE NO. CV-09-03780-SI

-2-

| | |
|---|---|
| Dated: March 4, 2011 | /s/ Elizabeth A. Frohlich<br>Attorney for Defendant<br>Deutsche Bank Securities Inc. |

The case management conference is continued to April 15, 2011 @ 2:30 p.m.

*IT IS SO ORDERED*
[Signature]
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT REQUEST FOR A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE: CASE NO. CV-09-03780-SI

## GENERAL ORDER ATTESTATION

I, Jonathan A. Patchen, am the ECF user whose ID and password are being used to file. In compliance with General Order 45, X.B., I hereby attest that each listed counsel above has concurred in this filing.

/s/ Jonathan A. Patchen

-1-
JOINT REQUEST FOR A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE: CASE NO. CV-09-03780-SI