MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
ELIZABETH A. FROHLICH, State Bar No. 195454
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
jmckeon@morganlewis.com
efrohlich@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
CHRISTIAN J. MIXTER
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 202.739.3000
Fax: 202.739.3001
cmixter@morganlewis.com

Attorneys for Defendant
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH & CO., INC.;<br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; DEUTSCHE BANK SECURITIES INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, INC.,<br><br>Defendants | Case No. C 09-03780-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Susan Illston<br><br>Complaint filed: August 17, 2009<br>First Amend. Complaint filed: March 19, 2010 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. C 09-03780-SI
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff The Anschutz Corporation ("Plaintiff"), and Defendants Deutsche Bank Securities Inc. ("DBSI"), Fitch, Inc., and The McGraw-Hill Companies, Inc. ("McGraw-Hill," and collectively "Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a First Amended Complaint on March 19, 2010;

WHEREAS, on May 13, 2010, Defendants filed the following motions:

- DBSI filed (1) a Motion to Dismiss Plaintiff's First Amended Complaint; (2) a Motion to Strike Portions of Plaintiff's First Amended Complaint; and (3) a Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint;
- Fitch, Inc., Fitch Ratings Ltd, and McGraw-Hill (collectively, the "Rating Agencies") filed (1) a Joint Motion to Dismiss the First Amended Complaint; and (2) a Request for Judicial Notice; and
- Fitch Ratings Ltd filed a Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) (collectively, "Defendants' Motions" or the "Motions");

WHEREAS, on March 27, 2011, the Court granted in part and denied in part DBSI's motion to dismiss, denied DBSI's motion to strike, denied the Rating Agencies' motion to dismiss, and granted Fitch Ratings Ltd's motion to dismiss;

WHEREAS, pursuant to Federal Rule of Civil Procedure, Rule 12(a)(4)(a), the last day for Defendants to answer Plaintiff's First Amended Complaint is April 11, 2011; and

WHEREAS, the parties have agreed that Defendants shall have until April 22, 2011 to file an answer Plaintiff's First Amended Complaint.

///
///
///
///
///

MORGAN, LEWIS
& BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                       Case No. C 09-03780-SI
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

1    IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and
2  Defendants, acting through their respective counsel, subject to this Court's approval, that
3  Defendants shall have until April 22, 2011 to answer Plaintiff's First Amended Complaint.
4
5  Dated: April 8, 2011                                   /s/ Andrew C. Shen
6                                                         Mark C. Hansen
                                                          David L. Schwarz (206257)
7                                                         Kevin J. Miller (pro hac vice)
                                                          Andrew C. Shen (pro hac vice)
8                                                         KELLOGG, HUBER, HANSEN, TODD,
                                                            EVANS & FIGEL, P.L.L.C.
9                                                         1615 M Street, N.W., Suite 400
10                                                        Washington, D.C. 20036

11                                                        R. Alexander Saveri (173102)
                                                          Geoffrey C. Rushing (126910)
12                                                        SAVERI & SAVERI, INC.
                                                          706 Sansome Street
13                                                        San Francisco, CA 94111-5619

14                                                        Attorneys for The Anschutz Corporation
15
16
17  Dated: April 8, 2011                                  /s/ Jonathan A. Patchen
                                                          Stephen E. Taylor (58452)
18                                                        Jonathan A. Patchen (237346)
                                                          Stephen McG. Bundy (253017)
19                                                        TAYLOR AND COMPANY LAW
                                                          OFFICES, LLP
20                                                        One Ferry Building, Suite 355
                                                          San Francisco, CA 94111
21
                                                          Martin Flumenbaum (*pro hac vice*)
22                                                        Roberta A. Kaplan (*pro hac vice*)
                                                          Andrew J. Ehrlich (*pro hac vice*)
23                                                        Tobias J. Stern (*pro hac vice*)
                                                          PAUL, WEISS, RIFKIND, WHARTON &
24                                                        GARRISON LLP
                                                          1285 Avenue of the Americas
25                                                        New York, NY 10019

26                                                        *Attorneys for Fitch, Inc. and Fitch Ratings Ltd*
27
28
MORGAN, LEWIS
& BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                   2                           Case No. C 09-03780-SI
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER
                PLAINTIFF'S FIRST AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: April 8, 2011 | /s/ David T. Biderman |
| 2 | | David T. Biderman (101577)<br>Farschad Farzan (215194)<br>PERKINS COIE LLP |
| 3 | | 1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, CA 90404 |
| 4 | | |
| 5 | | Floyd Abrams<br>S. Penny Windle |
| 6 | | Tammy L. Roy<br>CAHILL GORDON & REINDEL LLP |
| 7 | | 80 Pine Street<br>New York, NY 10005 |
| 8 | | *Attorneys for The McGraw-Hill Companies, Inc.* |

Dated: April 8, 2011        /s/ Elizabeth A. Frohlich

Jami Wintz McKeon (237923)
Elizabeth A. Frohlich (195454)
Christian J. Mixter
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

*Attorneys for Deutsche Bank Securities Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  4/13/11        , 2011

_____
Honorable Susan Illston
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3        Case No. C 09-03780-SI
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER
PLAINTIFF'S FIRST AMENDED COMPLAINT

# GENERAL ORDER 45 CERTIFICATION

I, Elizabeth A. Frohlich, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrences to the filing of this document has been obtained from each signatory hereto.

Dated: April 8, 2011

MORGAN, LEWIS & BOCKIUS LLP
Jami Wintz McKeon
Christian J. Mixter
Elizabeth A. Frohlich


By  /s/ Elizabeth A. Frohlich
    Elizabeth A. Frohlich

Attorneys for Defendant
*Deutsche Bank Securities Inc.*