Mark C. Hansen
  mhansen@khhte.com
David L. Schwarz (206257)
  dschwarz@khhte.com
Kevin J. Miller (*pro hac vice*)
  kmiller@khhte.com
Andrew C. Shen (*pro hac vice*)
  ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999

R. Alexander Saveri (173102)
  rick@saveri.com
Geoffrey C. Rushing (126910)
  grushing@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Attorneys for Plaintiff The Anschutz Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>MERRILL LYNCH & CO., INC.;<br>MERRILL LYNCH, PIERCE,<br>FENNER & SMITH INC.;<br>DEUTSCHE BANK SECURITIES INC.;<br>MOODY'S INVESTORS SERVICE,<br>INC.; THE McGRAW-HILL<br>COMPANIES, INC.; FITCH, INC.;<br>AND FITCH RATINGS, LTD.,<br><br>          Defendants. | Case No. C 09-3780-SI<br><br>**LITIGATION SCHEDULE**<br><br>JUDGE:  Hon. Susan Illston<br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

Plaintiff The Anschutz Corporation and Defendants Deutsche Bank Securities Inc., The McGraw-Hill Companies, Inc., and Fitch, Inc. have met and conferred regarding the Litigation Schedule in the above captioned action. It is hereby stipulated and agreed by and between the parties hereto that the following deadlines shall apply:

April 29, 2011 – Exchange of Fed. R. Civ. P. 26(a) initial disclosures;

May 6, 2011 – First set of document requests may be served;[1]

July 1, 2011 – Production of responses and objections to first set of document requests including, subject to the responses and objections, production of documents;

September 23, 2011 – Deposition discovery to begin;

February 3, 2012 - End of fact discovery;

February 24, 2012 – Exchange of initial expert reports;

March 23, 2012 - Deadline for initial expert depositions;

April 6, 2012 – Exchange of rebuttal expert reports;

May 4, 2012 – Deadline for rebuttal expert depositions;

May 25, 2012 – Deadline for filing dispositive motions;

June 22, 2012 – Deadline for oppositions to dispositive motions;

July ~~9~~ 6, 2012 – Deadline for replies in support of dispositive motions;   7/20/11 hrg

August 7, 2012 – Deadline for pre-trial disclosures and motions in limine;

August 21, 2012 – Pretrial conference;

September 24, 2012 – Trial begins.

---

[1] Interrogatories, requests for admissions, and additional sets of document requests may be served up to 30 days before the close of discovery.

Litigation Schedule; Case No. C 09-3780-SI

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated: April 29, 2011 | **KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.** |
| 5 | | MARK C. HANSEN |
| | | DAVID L. SCHWARZ |
| 6 | | KEVIN J. MILLER |
| | | ANDREW C. SHEN |
| 7 | | 1615 M. Street NW, Suite 400 |
| | | Washington, DC 20036-3209 |
| 8 | | Tel:   (202) 326-7900 |
| | | Fax:   (202) 326-7999 |
| 9 | | |
| | | _____/s/ Kevin J. Miller_____ |
| 10 | | KEVIN J. MILLER |
| 11 | | *Attorneys for Plaintiff* |
| | | *The Anschutz Corporation* |
| 12 | | |
| 13 | Dated: April 29, 2011 | **PERKINS COIE LLP** |
| | | DAVID T. BIDERMAN |
| 14 | | PHILIP A. LEIDER |
| | | JONMI N. KOO |
| 15 | | Four Embarcadero Center, Suite 2400 |
| | | San Francisco, CA 94111 |
| 16 | | Tel:   (415) 344-7000 |
| | | Fax:   (415) 344-7050 |
| 17 | | |
| | | _____/s/ David T. Biderman_____ |
| 18 | | DAVID T. BIDERMAN |
| 19 | | Attorneys for Defendant |
| | | The McGraw-Hill Companies, Inc. |
| 20 | | |
| 21 | Dated: April 29, 2011 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 22 | | ROBERTA A. KAPLAN |
| | | 1285 Avenue of the Americas |
| 23 | | New York, New York 10019 |
| | | Tel:   (212) 373-3000 |
| 24 | | |
| | | _____/s/ Roberta A. Kaplan_____ |
| 25 | | ROBERTA A. KAPLAN |
| 26 | | Attorneys for Defendant |
| | | Fitch, Inc. and Fitch Ratings, Ltd. |
| 27 | | |
| 28 | | |

2

Litigation Schedule; Case No. C 09-3780-SI

| | | |
|---|---|---|
| 1 | Dated: April 29, 2011 | **MORGAN, LEWIS & BOCKIUS** |
| 2 | | ELIZABETH A. FROHLICH<br>One Market Street |
| 3 | | Spear Street Tower<br>San Francisco, CA  94105 |
| 4 | | Tel:   (415) 442-1000<br>Fax:   (415) 442-1001 |
| 5 | |    /s/ Elizabeth A. Frohlich<br>ELIZABETH A. FROHLICH |
| 6 | | |
| 7 | | Attorneys for Defendant<br>Deutsche Bank Securities, Inc. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

1
2
3
4
5
6
7
...
28

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadlines set forth in the above Litigation Schedule shall apply in this case. as modified in Pretrial Order

5/2/11

_____
Honorable Susan Illston
United States District Court Judge

4

Litigation Schedule; Case No. C 09-3780-SI

**GENERAL ORDER 45 CERTIFICATION**

I, Kevin J. Miller, hereby attest pursuant to Northern District of California General Order No. 45 that the concurrence to filing of this document has been obtained from each signatory hereto.

Dated: April 29, 2011

                                                                         /s/ *Kevin J. Miller*
                                                                         Kevin J. Miller

Litigation Schedule; Case No. C 09-3780-SI