Mark C. Hansen
    mhansen@khhte.com
David L. Schwarz (206257)
    dschwarz@khhte.com
Kevin J. Miller (*pro hac vice*)
    kmiller@khhte.com
Andrew C. Shen (*pro hac vice*)
    ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

R. Alexander Saveri (173102)
    rick@saveri.com
Geoffrey C. Rushing (126910)
    grushing@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiff The Anschutz Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH & CO., INC.;<br>MERRILL LYNCH, PIERCE,<br>FENNER & SMITH INCORPORATED;<br>DEUTSCHE BANK SECURITIES INC.;<br>MOODY'S INVESTORS SERVICE,<br>INC.; THE McGRAW-HILL<br>COMPANIES, INC.; FITCH, INC.;<br>AND FITCH RATINGS, LTD.,<br><br>                    Defendants. | Case No. C 09-3780-SI<br><br>**STIPULATION AND [P~~ROPOSED~~]<br>ORDER RESCHEDULING CASE<br>MANAGEMENT CONFERENCE**<br><br>Date: September 2, 2011<br>Time: 3:00 p.m.<br>Ctrm: 10<br>Judge: Hon. Susan Illston<br><br><br><br>**DEMAND FOR JURY TRIAL** |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT
CONFERENCE; Case No. C 09-3780-SI

1  WHEREAS, on June 10, 2011, this Court issued an Order setting a Case Management Conference ("CMC") for September 2, 2011 at 3:00 p.m.; and

WHEREAS, counsel for Plaintiff has a scheduling conflict with the September 2, 2011 date; and

WHEREAS, the parties are in the process of meeting and conferring about several outstanding discovery issues, and a continuance until September 16, 2011 will give the parties further time to try to narrow those issues and provide this Court an opportunity to consider prior to the CMC any statements the parties file regarding remaining unresolved discovery issues; and

WHEREAS, Plaintiff has conferred with Defendants and all parties have agreed to reschedule the CMC to September 16, 2011 at 2:30 p.m.;

IT IS THEREFORE STIPULATED AND AGREED, by all parties, acting through their respective counsel, subject to this Court's approval, that the CMC shall be rescheduled for September 16, 2011 at 2:30 p.m.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: __8/30_____, 20_11_

_____
Hon. Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE; Case No. C 09-3780-SI

| | | |
|---|---|---|
| 1 | Dated: August 26, 2011 | Respectfully submitted, |
| 2 | | By: ___/s/ Kevin J. Miller___ |

                                    Mark C. Hansen
David L. Schwarz (206257)
Kevin J. Miller (*pro hac vice*)
Andrew C. Shen (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

Attorneys for The Anschutz Corporation

By: ___/s/ David T. Biderman___

David T. Biderman
Philip A. Leider
Jonmi N. Koo
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111

Attorneys for The McGraw-Hill Companies, Inc.

By: ___/s/ Elizabeth A. Frohlich___

Elizabeth A. Frohlich
MORGAN, LEWIS & BOCKIUS
One Market Street
Spear Street Tower
San Francisco, CA 94105

Attorney for Deutsche Bank Securities Inc.

By: ___/s/ Roberta A. Kaplan___

Roberta A. Kaplan
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019

Attorney for Fitch, Inc. and Fitch Ratings, Ltd.

**GENERAL ORDER 45 CERTIFICATION**

I, Kevin J. Miller, hereby attest pursuant to N.D. Cal. General Order 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 26, 2011

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

By:   */s/ Kevin J. Miller*

Kevin J. Miller
Attorney for The Anschutz Corporation

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE; Case No. C 09-3780-SI