1  MARTIN FLUMENBAUM (Admitted *Pro Hac Vice*)
   ROBERTA A. KAPLAN (Admitted *Pro Hac Vice*)
2  ANDREW J. EHRLICH (Admitted *Pro Hac Vice*)
   TOBIAS J. STERN (Admitted *Pro Hac Vice*)
3  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   1285 Avenue of the Americas
4  New York, New York 10019-6064
   Telephone: (212) 373-3000
5  Facsimile:  (212) 757-3990
   E-mail: mflumenbaum@paulweiss.com
6  E-mail: rkaplan@paulweiss.com
   E-mail: aehrlich@paulweiss.com
7  E-mail: tstern@paulweiss.com

8  STEPHEN E. TAYLOR (SBN 58452)
   JONATHAN A. PATCHEN (SBN 237346)
9  STEPHEN McG. BUNDY (SBN 253017)
   TAYLOR & COMPANY LAW OFFICES, LLP
10 One Ferry Building, Suite 355
   San Francisco, California  94111
11 Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
12 E-mail: staylor@tcolaw.com
   E-mail: jpatchen@tcolaw.com
13 E-mail: sbundy@tcolaw.com

14 Attorneys for Defendants FITCH, INC. and
   FITCH RATINGS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRARW-HILL COMPANIES, INC.; AND FITCH, INC.;<br><br>    Defendants. | Case No.: 09-CV-03780 (SI)<br><br>STIPULATION AND [PR~~OPOSE~~D] ORDER TO CONTINUE THE DEADLINE FOR FILING THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:    December 2, 2011<br>Time:    3:00 p.m.<br>Place:   Courtroom 10, 19th Floor<br><br>Honorable Susan Y. Illston |

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR FILING THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT: CASE NO. 09-CV-03780 (SI)

Pursuant to Local Rules 6-1 and 6-2, this stipulation is submitted jointly by all parties in the above-captioned litigation.

WHEREAS, a Case Management Conference is scheduled in this matter for Friday, December 2, 2011 at 3:00 p.m.;

WHEREAS, pursuant to Local Rule 16-10(d), a Joint Case Management Conference Statement is due no fewer than 7 days before the December 2 Conference (i.e., on Friday, November 25, 2011);

WHEREAS, Friday, November 25 is a Court holiday and the Court is closed that day; and

WHEREAS, the parties have had insufficient time to jointly prepare a Case Management Conference Statement because of the impending Thanksgiving holiday on November 24 and 25, 2011;

NOW THEREFORE, it is hereby stipulated and agreed between the undersigned counsel, and subject to the Order of this Court, as follows:

The deadline for the parties to file the Joint Case Management Conference Statement shall be extended to 12:00 p.m. (Pacific Standard Time) on Monday, November 27, 2011.

Dated: November ___, 2011         TAYLOR & COMPANY LAW OFFICES, LLP


                                  By:     */s/ Jonathan A. Patchen*
                                            Jonathan A. Patchen
                                  Attorneys for Defendants FITCH, INC. and FITCH RATINGS LTD


Dated: November ___, 2011         KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.



                                  By:     */s/ Andrew C. Shen*
                                              Andrew C. Shen
                                  Attorneys for Plaintiff THE ANSCHUTZ CORPORATION

TAYLOR & CO.
LAW OFFICES, LLP

1.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR FILING THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT: CASE NO. 09-CV-03780 (SI)

Dated: November ___, 2011          PERKINS COIE LLP


                                   By:   /s/ David T. Biderman
                                         David T. Biderman
                                   Attorneys for Defendant THE MCGRAW-HILL
                                   COMPANIES, INC.


Dated: November ___, 2011          MORGAN, LEWIS & BOCKIUS


                                   By:   /s/ Elizabeth A. Frohlich
                                         Elizabeth A. Frohlich
                                   Attorneys for Defendant DEUTSCHE BANK
                                   SECURITIES INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: ___11/28/11_____

                                   _____
                                   HONORABLE SUSAN Y. ILLSTON
                                   UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

2.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR FILING THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT: CASE NO. 09-CV-03780 (SI)

**GENERAL ORDER ATTESTATION**

I, Jonathan A. Patchen, am the ECF user whose ID and password are being used to file . In compliance with General Order 45, X.B., I hereby attest that each listed counsel above has concurred in this filing.

/s/ Jonathan A. Patchen

TAYLOR & CO.
LAW OFFICES, LLP

3.
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR FILING THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT: CASE NO. 09-CV-03780 (SI)