1  Mark C. Hansen
      mhansen@khhte.com
2  David L. Schwarz (206257)
      dschwarz@khhte.com
3  Kevin J. Miller (*pro hac vice*)
      kmiller@khhte.com
4  Andrew C. Shen (*pro hac vice*)
      ashen@khhte.com
5  Andrew M. Hetherington (*pro hac vice*)
      ahetherington@khhte.com
6  KELLOGG, HUBER, HANSEN, TODD,
      EVANS & FIGEL, P.L.L.C.
7  1615 M Street, N.W., Suite 400
   Washington, D.C. 20036
8  Telephone: (202) 326-7900
   Facsimile: (202) 326-7999

   R. Alexander Saveri (173102)
10    rick@saveri.com
   Geoffrey C. Rushing (126910)
11    grushing@saveri.com
   SAVERI & SAVERI, INC.
12 706 Sansome Street
   San Francisco, CA 94111-5619
13 Telephone: (415) 217-6810
   Facsimile: (415) 217-6813

*Attorneys for Plaintiff The Anschutz Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION, | Case No. C 09-3780-SI |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT FITCH, INC.'S *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL [DN 308] |
| v. | |
| MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; DEUTSCHE BANK SECURITIES INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, LTD., | |
| Defendants. | |

Upon consideration of Defendant Fitch, Inc.'s ("Fitch") *ex parte* application for an order permitting Fitch to file under seal a portion of the Parties' November 30, 2011 Joint Statement regarding the confidentiality designation of certain documents [DNs 308, 309], and upon consideration of this Court's order denying Fitch and Deutsche Bank Securities Inc.'s motion to redesignate the documents [DN 310], and of the December 5, 2011 Declaration of Andrew M. Hetherington in Support of Defendant Fitch, Inc.'s *Ex Parte* Application To File Document Under Seal, and good cause showing,

IT IS HEREBY ORDERED that the information redacted by Fitch from the publicly filed version of the parties' Joint Statement may be filed under seal pursuant to Civil Local Rule 79-5; and

IT IS FURTHER ORDERED that the information redacted by Fitch from the publicly filed version of Fitch's supplemental statement to the Court may be filed under seal pursuant to Civil Local Rule 79-5.

The Clerk of the Court shall file the above-referenced documents under seal.

IT IS SO ORDERED.

Dated: \_\_12/12\_\_, 2011

Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT FITCH, INC.'S *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL [DN 308]; Case No. C 09-03780 SI