IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ANSCHUTZ CORPORATION, | No. C 09-03780 SI |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |
| v. | |
| MERRILL LYNCH & CO., et al., | |
| Defendants. | |

The Court GRANTS defendants' request for an extension of time. Docket No. 385. Defendants shall have until March 2, 2012, to file a supplemental submission in support of their request for restoration of plaintiff's ESI. Plaintiff may file a response to defendants' supplemental submission on or before March 9, 2012. The parties' briefs shall not exceed five pages in length, but may be supported by declarations as appropriate.

**IT IS SO ORDERED.**

Dated: February 21, 2012

SUSAN ILLSTON
United States District Judge