1 | Mark C. Hansen
mhansen@khhte.com
2 | David L. Schwarz (206257)
dschwarz@khhte.com
3 | Kevin J. Miller (*pro hac vice*)
kmiller@khhte.com
4 | Andrew C. Shen (*pro hac vice*)
ashen@khhte.com
5 | Andrew M. Hetherington (*pro hac vice*)
ahetherington@khhte.com
6 | Silvija A. Strikis (*pro hac vice pending*)
sstrikis@khhte.com
7 | KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
8 | 1615 M Street, N.W., Suite 400
Washington, D.C. 20036
9 | Telephone: (202) 326-7900
Facsimile: (202) 326-7999

RECEIVED
MAY 11 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11 | R. Alexander Saveri (173102)
rick@saveri.com
Geoffrey C. Rushing (126910)
12 | grushing@saveri.com
Gianna Gruenwald (228969)
13 | gianna@saveri.com
SAVERI & SAVERI, INC.
14 | 706 Sansome Street
San Francisco, CA 94111-5619
15 | Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiff The Anschutz Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE ANSCHUTZ CORPORATION, | Case No. C 09-3780-SI |
| Plaintiff, | |
| vs. | (~~PROPOSED~~)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SILVIJA A. STRIKIS**<br>***PRO HAC VICE*** |
| MERRILL LYNCH & CO., INC.;<br>MERRILL LYNCH, PIERCE,<br>FENNER & SMITH INCORPORATED;<br>DEUTSCHE BANK SECURITIES INC.;<br>MOODY'S INVESTORS SERVICE, INC.;<br>THE McGRAW-HILL COMPANIES, INC.;<br>FITCH, INC.; AND FITCH RATINGS, LTD., | |
| Defendants, | |

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
SILVIJA A. STRIKIS *PRO HAC VICE*; Case No. C 09-3780-SI

1  Silvija A. Strikis, whose business address and telephone number is Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C., 20036, (202) 326-7939, and who is an active member in good standing of the bar(s) of the State of Maryland and of the District of Columbia, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing The Anschutz Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __5/14__, 2012

Honorable Susan Illston
United States District Court Judge

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SILVIJA A. STRIKIS *PRO HAC VICE*; Case No. C 09-3780-SI