1  Mark C. Hansen
   mhansen@khhte.com
2  David L. Schwarz (206257)
   dschwarz@khhte.com
3  Kevin J. Miller (*pro hac vice*)
   kmiller@khhte.com
4  Andrew C. Shen (*pro hac vice*)
   ashen@khhte.com
5  Andrew M. Hetherington (*pro hac vice*)
   ahetherington@khhte.com
6  Silvija A. Strikis (*pro hac vice pending*)
   sstrikis@khhte.com
7  Emily J. Kennedy (*pro hac vice pending*)
   ekennedy@khhte.com
8  KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
9  1615 M Street, N.W., Suite 400
   Washington, D.C. 20036
10 Telephone: (202) 326-7900
   Facsimile: (202) 326-7999

11

   R. Alexander Saveri (173102)
12    rick@saveri.com
   Geoffrey C. Rushing (126910)
13    grushing@saveri.com
   Gianna Gruenwald (228969)
14    gianna@saveri.com
   SAVERI & SAVERI, INC.
15 706 Sansome Street
   San Francisco, CA 94111-5619
16 Telephone: (415) 217-6810
   Facsimile: (415) 217-6813

17

*Attorneys for Plaintiff The Anschutz Corporation*

18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION, | Case No. C 09-3780-SI |
| Plaintiff, | |
| vs. | (~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY EMILY J. KENNEDY *PRO HAC VICE* |
| MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; DEUTSCHE BANK SECURITIES INC.; MOODY'S INVESTORS SERVICE, INC.; THE McGRAW-HILL COMPANIES, INC.; FITCH, INC.; AND FITCH RATINGS, LTD., | |
| Defendants, | |

1  Emily J. Kennedy, whose business address and telephone number is Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C., 20036, (202) 326-7943, and who is an active member in good standing of the bar(s) of the State of Virginia and of the District of Columbia, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing The Anschutz Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _5/14_, 20 _12_

_____
Honorable Susan Illston
United States District Court Judge

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY EMILY J. KENNEDY *PRO HAC VICE*; Case No. C 09-3780-SI