```
 1  Mark C. Hansen
      mhansen@khhte.com
 2  David L. Schwarz (206257)
      dschwarz@khhte.com
 3  Kevin J. Miller (pro hac vice)
      kmiller@khhte.com
 4  Andrew C. Shen (pro hac vice)
      ashen@khhte.com
 5  Andrew M. Hetherington (pro hac vice)
      ahetherington@khhte.com
 6  Silvija A. Strikis (pro hac vice pending)
      sstrikis@khhte.com
 7  Emily J. Kennedy (pro hac vice pending)
      ekennedy@khhte.com
 8  KELLOGG, HUBER, HANSEN, TODD,
      EVANS & FIGEL, P.L.L.C.
 9  1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
10  Telephone: (202) 326-7900
    Facsimile: (202) 326-7999
11
    R. Alexander Saveri (173102)
12    rick@saveri.com
    Geoffrey C. Rushing (126910)
13    grushing@saveri.com
    Gianna Gruenwald (228969)
14    gianna@saveri.com
    SAVERI & SAVERI, INC.
15  706 Sansome Street
    San Francisco, CA 94111-5619
16  Telephone: (415) 217-6810
    Facsimile: (415) 217-6813
17
    Attorneys for Plaintiff The Anschutz Corporation
```

*Received 2012 MAY -8 P 2:30, Richard W. Wieking, Clerk, U.S. District Court, Northern District of California*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH & CO., INC.;<br>MERRILL LYNCH, PIERCE,<br>FENNER & SMITH INCORPORATED;<br>DEUTSCHE BANK SECURITIES INC.;<br>MOODY'S INVESTORS SERVICE, INC.;<br>THE McGRAW-HILL COMPANIES, INC.;<br>FITCH, INC.; AND FITCH RATINGS,<br>LTD.,<br>Defendants, | Case No. C 09-3780-SI<br><br>~~(PROPOSED)~~<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>EMILY J. KENNEDY<br>*PRO HAC VICE* |

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
EMILY J. KENNEDY *PRO HAC VICE*; Case No. C 09-3780-SI

1  Emily J. Kennedy, whose business address and telephone number is Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C., 20036, (202) 326-7943, and who is an active member in good standing of the bar(s) of the State of Virginia and of the District of Columbia, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing The Anschutz Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____5/14_____, 20 _12_

_____
Honorable Susan Illston
United States District Court Judge

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY EMILY J. KENNEDY *PRO HAC VICE*; Case No. C 09-3780-SI