IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE ANSCHUTZ CORPORATION,      No. C 09-03780 SI

         Plaintiff,            **ORDER RE EMERGENCY MOTION**

   v.

MERRILL LYNCH & CO., et al.,

         Defendants.
                                  /

Currently before the Court is plaintiff's request to file an Emergency Motion to Preclude Improper Deposition Defense. Docket No. 427. Plaintiff's request is GRANTED and plaintiff may file its motion, attaching excerpts from the deposition, as soon as practicable. Defendant shall file a response to that motion within twenty-four hours after plaintiff's motion is filed.

With respect to the request to file under seal, plaintiff shall follow this Court's procedures for filing under seal (*see* Standing Order, ¶ 3; Local Rule 79-5 and General Order 62), which require the Court to review the materials requested to be sealed, and issue an appropriate order, after those materials are first lodged with the Court.

Finally, the Court cautions both parties that it will take any improper interference with the taking of depositions – as well as unfounded allegations of interference – very seriously. Any improper conduct can result in sanctions and reopening of depositions. Counsel shall limit their objections to issues of privilege and shall refrain from coaching witnesses. Counsel for all parties should strive to maintain civility at all times.

**IT IS SO ORDERED.**

Dated: June 5, 2012

                                                       SUSAN ILLSTON
                                                       United States District Judge