Mark C. Hansen
    mhansen@khhte.com
David L. Schwarz (206257)
    dschwarz@khhte.com
Kevin J. Miller (pro hac vice)
    kmiller@khhte.com
Andrew C. Shen (pro hac vice)
    ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

R. Alexander Saveri (173102)
    rick@saveri.com
Geoffrey C. Rushing (126910)
    grushing@saveri.com
Gianna Gruenwald (228969)
    gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiff The Anschutz Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSCHUTZ CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRILL LYNCH & CO., INC.;<br>MERRILL LYNCH, PIERCE,<br>FENNER & SMITH INCORPORATED;<br>DEUTSCHE BANK SECURITIES INC.;<br>MOODY'S INVESTORS SERVICE,<br>INC.; THE McGRAW-HILL<br>COMPANIES, INC.; FITCH, INC.;<br>AND FITCH RATINGS, LTD.,<br><br>    Defendants. | Case No. C 09-3780-SI<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ANSCHUTZ CORPORATION, DEUTSCHE BANK SECURITIES INC., AND FITCH, INC.**<br><br>Dept: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ANSCHUTZ CORPORATION, DEUTSCHE BANK SECURITIES INC., AND FITCH, INC.; Case No. C 09-03780 SI

Plaintiff The Anschutz Corporation and Defendants Deutsche Bank Securities Inc., Fitch, Inc., and Fitch Ratings Ltd. hereby stipulate and agree that all claims and defenses asserted in this Action by and among these Parties are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto. For the avoidance of doubt, nothing in this stipulation impacts or limits in any manner the Court's jurisdiction and authority to continue to enforce the Protective Order [DN 259] in place in this litigation, which Order shall remain in full effect and continue to be binding upon the Parties.

Dated: June 27, 2012

_____
David L. Schwarz
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

Attorney for Plaintiff
The Anschutz Corporation

_____
Martin Flumenbaum
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212)-373-3000

Attorney for Defendants
Fitch, Inc. and Fitch Ratings Ltd.

_____
Elizabeth A. Frohlich
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: (415) 442-1000

Attorney for Defendant
Deutsche Bank Securities Inc.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ANSCHUTZ CORPORATION, DEUTSCHE BANK SECURITIES INC., AND FITCH, INC.; Case No. C 09-03780 SI

2

1  SO ORDERED

3  DATED:  7/2/12

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ANSCHUTZ CORPORATION, DEUTSCHE BANK SECURITIES INC., AND FITCH, INC.; Case No. C 09-03780 SI

3